JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5035

Attorneys for Plaintiff

RECEIVED

2008 DEC 12 PM 3: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**CHAMBERS COPY**

**E-FILED**

**Filed**

DEC 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00898 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 11, 2008 THROUGH JANUARY 5, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A), (B) |
| v. | |
| JUAN PABLO ARRIZON, | |
| Defendant. | |

On December 11, 2008, the parties appeared for the defendant's arraignment before the Court. At that time, based upon the request of counsel for defendant and with the agreement of the government, the court set the matter for a status/trial setting hearing; the parties agreed on January 5, 2009, at 1:30 p.m. As the Court was advised, counsel for the defendant continues to investigate the case and review discovery. There have been plea discussions between the parties as well. All parties stipulated to an exclusion of time through January 5, 2009, under the Speedy Trial Act to allow counsel for the defendant reasonable time for effective preparation and for the defendant to consider the government's plea offer.

The government hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial.

1  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny

2  counsel for the defendant the reasonable time necessary for effective preparation, taking into

3  account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

4

5  DATED: December 11, 2008                    JOSEPH P. RUSSONIELLO
                                               United States Attorney
6

7
                                               _____/S/_____
8                                              GRANT P. FONDO
                                               Assistant United States Attorney
9

10                                             _____/S/_____
                                               MANUEL ARAUJO
11                                             Assistant Federal Public Defender
                                               Counsel for Defendant
12

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///
    _____
27  ///

28  ///

*US v. Juan Pablo Arrizon*, CR 08-00898 JW
Stipulation and [Proposed] Order re Excluding Time

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between December 11, 2008 and January 5, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12 / 16 /08

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE